**Order filed March 18, 2014..**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00031-CV
_____

### BRANDON WATSON, Appellant

### V.

### MEGHAN CLARK, Appellee

---

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 321010311**

---

# O R D E R

No reporter's record has been filed in this case. The official court reporter for the 311th District Court, Marilee Anderson, informed this court that appellant had not made arrangements for payment for the reporter's record, there was no reporter's record taken on the requested dates of October 21, 2013, October 22, 2013, or January 7, 2014, she had informed appellant's counsel on January 27, 2014, and no new dates had been provided. On February 27, 2014, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this

court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal on or before **April 18, 2014**. If appellant fails to comply with this order, the court will consider dismissing the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM